374 A.2d 733

Wiegand, Appellant, v. Wiegand.

Argued April 11, 1977. John L. Bailey, with him Bailey and Bailey, for appellant; Lawrence N. Paper, with him Berger, Kapetan & Malakoff, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

VAN der VOORT, J., absent.